UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**LAWRENCE VIGGIANO,**

                **Plaintiff,**                  **ORDER**

        **-against-**                  **11-CV-4982 (SLT)**

**CITY OF NEW YORK, et al.,**

                **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **July 11, 2012**.

      The Clerk is directed to docket and serve this Order via ECF.

      **SO ORDERED.**

Dated:    Brooklyn, New York
            June 11, 2012

                                    **ROANNE L. MANN**
                                    **UNITED STATES MAGISTRATE JUDGE**